**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10172 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00856-SRB |
| v. | |
| SELSO RANDY ORONA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted April 16, 2013[**]

Before:     CANBY, IKUTA, and WATFORD, Circuit Judges.

Selso Randy Orona appeals from the district court's judgment and

challenges his jury-trial conviction and 180-month sentence for being a felon in

possession of ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Orona's counsel has filed a

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Orona has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Orona's request for appointment of substitute counsel is **DENIED.**

**AFFIRMED.**